Frank P. Mack, Appellant, *v.* Albee Press, Inc., Respondent.

Submitted June 10, 1942; decided June 18, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 288 N. Y. 623.)

Pennsylvania Company for Insurance on Lives and Granting Annuities, as Executor of J. Walter Zebley, Deceased, et al., Appellants, *v.* James L. Kauffman, as Executor of William R. Davis, Deceased, et al., Respondents.

Submitted June 11, 1942; decided June 18, 1942.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements.   (See 288 N. Y. 625.)

May Dunseath, as Administratrix of the Estate of David A. Dunseath, Deceased, Appellant, *v.* Starrett Brothers & Eken, Inc., Respondent.

Submitted June 15, 1942; decided June 18, 1942.

Motion for reargument denied.   Motion to amend remittitur granted.   Return of remittitur requested and when returned it will be amended to read as follows: " Judgment of Appellate Division reversed, and judgment of the Trial Term modified by deducting therefrom the sum of $376.56, being interest on the recovery to the date of the entry of the original judgment, and as so modified, affirmed, with costs to the appellant in this court and in the Appellate Division."   (See 288 N. Y. 174.)